IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

03 SEP -3 PM 3: 57

_____
DEPUTY CLERK

MARK A. HURT,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

: C.A. No. 5:03-CV-265-4(DF)

Civil Order File
Volume 87
Page 9065

## JUDGMENT

Pursuant to this court's Order entered on August 29, 2003, JUDGMENT is hereby entered directing the United States Bureau of Prisons to reconsider the designation of the place of incarceration for plaintiff under the terms set forth in the Order.

This 3rd day of September, 2003.

_____
Cheryl M. Alston
Docket Clerk

ENTERED ON DOCKET
09-03, 20 03
Gregory J. Leonard, Clerk
_____
Deputy Clerk

AO 72A
(Rev.8/82)