Filed at 4:57 PM
09-15, 2003
C Auston
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK A. HURT, | : |
| Plaintiff, | : |
| vs. | : CASE NO.: 5:03-CV-0265-4 |
| FEDERAL BUREAU OF PRISONS, et. al. | : |
| Defendants. | : |

POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, Movant Mark A. Hurt, by and through counsel, and, in support of his Motion To Show Cause Why Respondents Should Not Be Held In Contempt, relies on the following points and authorities:

1. Civil contempt may be imposed upon a showing by clear and convincing proof that 1) the allegedly violated order was valid and lawful; 2) the order was clear, definite and unambiguous; and 3) the alleged violator had the ability to comply with the order." Jordan v. Wilson, 851 F.2d 1290, 1292 (11th Cir. 1988).

2. District courts enjoy wide discretion to fashion an equitable remedy for civil contempt that is appropriate to the circumstances. These sanctions may serve one of two broad purposes: (1) coercing the contemnor to comply with a court order, or (2) compensating a party for losses suffered as a result of the contemptuous act. See Jove Engineering Inc. v. IRS, 92 F.3d 1539, 1557 (11th Cir. 1996). In serving these ends, a court's civil contempt power is measured solely by the "'requirements of full remedial relief.'" Citronelle-

<u>Mobile Gathering, Inc. v. Watkins</u>, 943 F.2d 1297, 1304 (11th Cir. 1991).

3. Fed. R. Crim. P. 42.

4. Based on the entire record, it is manifest that the Court Order and Judgment is valid and lawful, indeed, no appeal has been filed or stay applied for, it was clear, definite and unambiguous—no motion to clarify has been sought—and there can be no doubt that the respondents had the ability to comply. Moreover there is no doubt that they knew of the Order and deliberately flouted it, and the Department of Justice cannot claim unfamiliarity with the judicial process.

WHEREFORE, based on the foregoing points and authorities, the record in this case and such other matters are developed on a hearing to chow cause, movant requests that the Court enforce its Order and Judgment.

Respectfully submitted,

_____
Brian W. Shaughnessy

SHAUGHNESSY, VOLZER & GAGNER, PC
1101 Fifteenth Street, NW
Suite 202
Washington, DC 20005
(202) 828-0900

_____
John Flanders Kennedy

HALL, BLOCH, GARLAND & MEYER, LLP
577 Mulberry Street, Suite 1500
P.O. Box 5088
Macon, GA 31208-5088
(478) 745-1625

Attorneys for the Plaintiff
Mark A. Hurt