IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARK A. HURT,

    Plaintiff,

vs.

CASE NO.: 5:03-CV-0265-4

FEDERAL BUREAU OF PRISONS, et. al.

    Defendants.

## WITHDRAWAL OF
## MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Mark A. Hurt in the above-styled action and hereby withdraws, without prejudice, his Motion for Order to Show Cause. Counsel for the Plaintiff has communicated to defense counsel Plaintiff's intent to withdraw this pending motion.

This _____ day of October, 2003.

_____
Brian W. Shaughnessy
SHAUGHNESSY, VOLZER & GAGNER, PC
1101 Fifteenth Street, NW
Suite 202
Washington, DC 20005
(202) 828-0900

_____
John Flanders Kennedy
HALL, BLOCH, GARLAND & MEYER, LLP
577 Mulberry Street, Suite 1500
P.O. Box 5088
Macon, GA 31208-5088
(478) 745-1625

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Order to Show Cause was sent by first-class, postage prepaid mail and facsimile on October 28th, 2003 to:

John Ashcroft, U.S. Attorney General
U.S. Department of Justice
905 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-307-6777(f)

Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534
202-514-6620(f)

Harley G. Lappin,
Director, Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534
202-514-6620(f)

Director,
Dismas Charities Community Correctional Center
8709 Thomaston Road
Macon, GA 31208
478-745-2930(f)

The United States Attorney
 for the Middle District of Georgia
Civil Process Clerk
Thomas Jefferson Building
433 Cherry Street
P.O. Box 1702
Macon, GA 31202
478-621-2604(f)

_____
JOHN FLANDERS KENNEDY